# Exhibit 1

First Previous Next Last

**Research Results Attachment**

Attached By:
**PR17215**

Attached On:
**Tuesday, September 8, 2020 20:16:59 EDT**

Status
**Attached**

——

Detached By:
——

Detached On:
——

**PAYMENT TRANSACTION** GID:
**F0102470385601**

**Transaction Information** **Status: FINAL**

| | | | |
|---|---|---|---|
| GID: | **F0102470385601** | Adj: | |
| Transaction Date: | **03-Sep-2020** | Debit Amount: | **108,462.04/USD** |
| Instruction Date: | **03-Sep-2020** | Credit Amount: | **108,462.04/USD** |
| Remitter Reference: | | Related Reference: | **NONREF** |
| In Source: | **FED** | Method of Payment: | **BOOK** |
| In Reference: | **IMAD200903MMQFMPE6000011** | Out Reference: | |
| Processing Type: | **CLEAN** | DF1073 Flag: | |
| FTN Out Time: | **1027** | Transaction Type: | |
| FTN In Time: | **1027** | | |
| Status: | **FINAL** | | |

**Additional Transaction Information**

| | | | |
|---|---|---|---|
| GPI Payment : | —— | UETR: | —— |

**Accounting Information**

| | | | |
|---|---|---|---|
| Debit CIF ovrd: | **N** | Debit No Post: | **N** |
| Credit CIF ovrd: | **N** | Credit No Post: | **N** |
| Debit Value: | **03-Sep-2020** | Method of Payment: | **FED** |
| Method of Advice: | **SWIFT** | Method of Advice: | **NOTSP** |
| No Db auth: | **N** | Verify ID: | —— |
| Repair ID: | —— | Bene charge: | **ORIG** |
| Bene Amt: | **0.00/USD** | EDI Present: | **N** |
| EDI Delivered: | **N** | | |

Close Detach

**Party Details**

**Debit Party :**

Debit ID: [redacted]
DB MCP: ——
Account: [redacted]
Name: **AMERICAN NAT'L BANK + TRUST CO**
Address: **628 MAIN ST. DANVILLE, VA —— —— —— —— ——**

**Credit Party :**

Credit ID: **36320321**
CR MCP: ——
Account: **SUNAFNGLAXXX**
Name: **UBA NIGERIA FCDA ACC OUNT**
Address: **HEAD OFFICE UBA HOUSE,57 MARINA —— NIGERIA —— —— ——**

**Intermediary Bank Receiver(54):**

**Paying Bank:**

**Originating Bank:**

**Beneficiary:**

**Originator:**

**Additional details**

Bank to Bank Info: —— —— —— —— —— —— —— —— —— —— ——

Originator To Beneficiary Info: **PAYMENT REFERENCE AD DTL INFO** [redacted] **HOLAREM N LTD S WIFT CODE CITIU S33 —— —— ——**

**CHIPS MESSAGES**

**FED MESSAGES**

**MESSAGE 1** **Direction:** **Inbound** **TRN:** **F0102470385601**

**MESSAGE SUMMARY**

| | | | |
|---|---|---|---|
| AMOUNT : | **108,462.04 / USD** | MESSAGE DATE : | **9/3/2020** |
| GID : | **F0102470385601** | RCV/SND ID : | **999912** |
| I/O : | **Inbound** | SSN : | |

**TEXT**

```
XFT811
{1100} Message Disposition
30P(Production)  (Original) N(Normal)
{1110} Acceptance Timestamp
0903 1027 FT03
{1120} OMAD
20200903B1Q8021R014422 0903 1027 FT03
{1510} Type/SubType Code
10(Third Party Transfer) 00(Regular Tfr)
{1520} IMAD
20200903MMQFMPE6000011
{2000} Amount
000010846204
{3100} Sender DI
[redacted]AMERICAN NATIONAL
{3400} Receiver DI
021000089CITIBANK NYC
{3600} Business Function
CTR(Customer Transfer)
{4200} Beneficiary
D36320321
UBA B PLC
503 EAST 11TH STREET
NEW YORK NY 10003
{5000} Originator
[redacted]
LEGAL SERVICES CORP OF VA
10 FRANKLIN RD STE 800
ROANOKE VA 24011
{6000} ORG to BNF Info
PAYMENT REFERENCE ADDTL INFO
[redacted] HOLAREM N LTD
SWIFT CODE CITIUS33
```

**CSMH MESSAGES**

**MESSAGE 1** **Direction:** **Outbound** **TRN:** **F0102470385601**

**MESSAGE SUMMARY**

**TEXT**

```
NYSTS
.NYCFTCB
TEST NR
{1:F01CITIUS33AXXX0000000000}{2:I910UNAFNGLAXXXXN}{3:{108:209031027330YK00}}{4:
:20:F0102470385601
:21:F0102470385601
:25:36320321
:13D:2009031027-0400
:32A:200903USD108462,04
:50K:/[redacted]
LEGAL SERVICES CORP OF VA
10 FRANKLIN RD STE 800
ROANOKE VA 24011
:56D://[redacted]
FED GL SYSTEM ACCOUNT
GENERAL LEDGER SYSTEM ACCOUNT
.
:72:/BNF/ IMAD 20200903MMQFMPE6000011
//PAYMENT REFERENCE ADDTL INFO [redacted]
//[redacted] HOLAREM N LTD SWIFT CODE C
//ITIUS33
-}
```