# Exhibit 2

## NIGERIA SWIFT CODES

**2 (USD TRANSFERS)**

**CITIBANK NEW YORK**

**HOW TO RECEIVE MONEY (USD) FROM ABROAD THROUGH UNITED BANK FOR AFRICA PLC, NIGERIA**

**Remitters of funds from abroad should inform their bankers as follows:**
**Please pay: UNITED BANK FOR AFRICA PLC, NIGERIA**
**SWIFT CODE: UNAFNGLA**

**Through : CITIBANK NEW YORK**
**UNITED STATES**
**SWIFT CODE: CITIUS33**
**ROUTING NO: 021000089**
**ACCOUNT NUMBER: 36320321**
**FOR FURTHER CREDIT:**
**Beneficiary account number ……………………………………………………**
**Beneficiary name……………………………………………………………………..**
**Beneficiary address……………………………………………………………….**
**UBA branch…………………………………………………………………………….**

**1(EUR TRANSFERS)**

**CITIBANK LONDON**

**HOW TO RECEIVE MONEY (EUR) FROM ABROAD THROUGH UNITED BANK FOR AFRICA PLC, NIGERIA**

**Remitters of funds from abroad should inform their bankers as follows:**

**Please pay: UNITED BANK FOR AFRICA PLC, NIGERIA**
**SWIFT CODE: UNAFNGLA**

**Through : CITIBANK LONDON**
**SWIFT CODE: CITIGB2L**
**ACCOUNT NUMBER: 0013664082**
**SORT CODE : 185008**
**IBAN: GB29CITI18500813664082**

**FOR FURTHER CREDIT:**
**Beneficiary account number …………………………………………………**
**Beneficiary name………………………………………………………………..**
**Beneficiary address…………………………………………………………**
**UBA branch……………………………………………………………………………**
**Payment details……………………………………………………………….**

**5 (GBP TRANSFERS)**
**CITIBANK LONDON,**
**UNITED KINGDOM**

**HOW TO RECEIVE MONEY (GBP) FROM ABROAD THROUGH UNITED BANK FOR AFRICA PLC, NIGERIA**

**Remitters of funds from abroad should inform their bankers as follows:**

**Please pay: UNITED BANK FOR AFRICA PLC, NIGERIA**
**SWIFT CODE: UNAFNGLA**

**Through : CITIBANK LONDON**
**SWIFT CODE: CITIGB2L**
**ACCOUNT NUMBER: 0013664090**
**SORT CODE: 185008**
**IBAN: GB07CITI18500813664090**

**FOR FURTHER CREDIT:**
**Beneficiary account number …………………………………………………**
**Beneficiary name………………………………………………………………..**
**Beneficiary address…………………………………………………………**
**UBA branch……………………………………………………………………………**
**Payment details……………………………………………………………….**