UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

GARY M. BOWMAN,

Plaintiff;

v.

CITIBANK, N.A., *et al.*,

Defendants.

Case No. 7:20-cv-586

DECLARATION OF IKENNA ENEBE

I, Ikenna Enebe, to the best of my knowledge, information, and belief, declare as follows:

1. I am over the age of 18 and competent to provide this testimony.

2. I am an employee of the United Bank for Africa PLC ("UBA"). I work at UBA's headquarters located at UBA House, 57 Marina, Lagos Island, Lagos, Nigeria.

3. I am an Assistant Manager responsible for managing UBA's litigation portfolio.

4. UBA is a public limited company incorporated and existing under the laws of Nigeria. Its principal place of business is located at UBA House, 57 Marina, Lagos, Lagos State, Nigeria. And its shares are traded on the Nigerian Stock Exchange.

5. UBA provides banking services across Africa. UBA also has a wholly owned subsidiary bank, UBA New York, Inc. ("New York Branch"), in the United

States located at 1 Rockefeller Plaza, 8th Floor, New York, NY 10020. The New York Branch provides banking services between Africa and the United States.

6. UBA owns and maintains a correspondent account ending in 0321 with Citibank in New York ("Citibank Account"). UBA uses the Citibank Account to receive deposits from, make payments or other disbursements on behalf of, or handle other financial transactions in U.S. dollars for its customers. (A copy of UBA's instructions for how its customers can receive U.S. dollar transfers through the Citibank Account is attached as **Exhibit 1**.)

7. UBA's New York Branch has no control over the Citibank Account.

8. UBA and its New York Branch both maintain websites. UBA's website, ubagroup.com, provides information about UBA's operations in and outside of Africa and permits existing customers to access online banking services. But the website does not allow U.S. residents to open new accounts. (A printout of the homepage of UBA's website is attached as **Exhibit 2**.) The New York Branch's website, ubaamerica.com, provides information about the branch's operations in the United States and allows existing customers to access online banking services. Like UBA's website, however, the New York Branch's website does not permit U.S. residents to open new accounts. Further, the New York Branch's website does not contain any information directed specifically at Virginia residents. Indeed, the website, under the heading "Contact," makes clear that the New York Branch is located in New York, providing the branch's New York mailing address, phone number, and email address.

(A printout of the homepage of the New York Branch's website is attached as **Exhibit 3**.)

9. UBA does not have any direct contacts with Virginia. It does not have any shareholders in Virginia; own, lease, or control any assets, real or personal, in Virginia; maintain any offices, branches, or automated teller machines in Virginia; or retain or recruit any employees or agents in Virginia. Nor does UBA contract in Virginia; advertise or solicit business in Virginia; maintain a mailing address or phone or fax number in Virginia; or pay taxes in Virginia. In addition, UBA is not registered to do business in Virginia and does not maintain a registered agent in Virginia. And before this case, UBA had never been involved in any litigation in Virginia.

10. On or about September 3, 2020, UBA received a deposit of $108,462.04 in the Citibank Account. Those funds came from an account with American National Bank & Trust in Virginia. UBA did not solicit or initiate the transfer of the funds. On or about September 4, UBA deposited the funds into a U.S. dollar account ending in 7199 owned and maintained by Holarem Nigeria Ltd. in Nigeria ("Holarem Account"), pursuant to the payment instructions received from American National through Citibank. On or about September 7, Holarem withdrew most of the funds. (A statement for the Holarem Account showing the deposit and withdrawal of the funds is attached as **Exhibit 4**.)

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on December 31, 2020.

Ikenna Enebe

# EXHIBIT 1

## NIGERIA SWIFT CODES

**2 (USD TRANSFERS)**

**CITIBANK NEW YORK**

**HOW TO RECEIVE MONEY (USD) FROM ABROAD THROUGH UNITED BANK FOR AFRICA PLC, NIGERIA**

**Remitters of funds from abroad should inform their bankers as follows:**
**Please pay: UNITED BANK FOR AFRICA PLC, NIGERIA**
**SWIFT CODE: UNAFNGLA**

**Through : CITIBANK NEW YORK**
**UNITED STATES**
**SWIFT CODE: CITIUS33**
**ROUTING NO: 021000089**
**ACCOUNT NUMBER: 36320321**
**FOR FURTHER CREDIT:**
**Beneficiary account number ..........................................................**
**Beneficiary name..........................................................................**
**Beneficiary address.......................................................................**
**UBA branch...................................................................................**

**1(EUR TRANSFERS)**

**CITIBANK LONDON**

**HOW TO RECEIVE MONEY (EUR) FROM ABROAD THROUGH UNITED BANK FOR AFRICA PLC, NIGERIA**

**Remitters of funds from abroad should inform their bankers as follows:**

**Please pay: UNITED BANK FOR AFRICA PLC, NIGERIA**
**SWIFT CODE: UNAFNGLA**

**Through : CITIBANK LONDON**
**SWIFT CODE: CITIGB2L**
**ACCOUNT NUMBER: 0013664082**
**SORT CODE : 185008**
**IBAN: GB29CITI18500813664082**

**FOR FURTHER CREDIT:**
**Beneficiary account number ………………………………………………………**
**Beneficiary name…………………………………………………………………..**
**Beneficiary address………………………………………………………………**
**UBA branch……………………………………………………………………………**
**Payment details…………………………………………………………………….**

**5 (GBP TRANSFERS)**
**CITIBANK LONDON,**
**UNITED KINGDOM**

**HOW TO RECEIVE MONEY (GBP) FROM ABROAD THROUGH UNITED BANK FOR AFRICA PLC, NIGERIA**

**Remitters of funds from abroad should inform their bankers as follows:**

**Please pay: UNITED BANK FOR AFRICA PLC, NIGERIA**
**SWIFT CODE: UNAFNGLA**

**Through : CITIBANK LONDON**
**SWIFT CODE: CITIGB2L**
**ACCOUNT NUMBER: 0013664090**
**SORT CODE: 185008**
**IBAN: GB07CITI18500813664090**

**FOR FURTHER CREDIT:**
**Beneficiary account number ………………………………………………………**
**Beneficiary name…………………………………………………………………..**
**Beneficiary address………………………………………………………………**
**UBA branch……………………………………………………………………………**
**Payment details…………………………………………………………………….**

# EXHIBIT 2


INTERNET BANKING
BANKING
ABOUT UBA
INVESTORS
MEDIA
UBA FOUNDATION
OPEN AN ACCOUNT
Season's Greetings
It's the perfect season to let you know how much we appreciate you. We are lucky to have loved ones to share the joy of the season with.
WATCH VIDEO
NEWS & PUBLICATIONS
FINANCIAL REPORTS
UBA FOUNDATION

INTERNET BANKING | BANKING | ABOUT UBA | INVESTORS | MEDIA | UBA FOUNDATION

UBA United Bank for Africa



REPORT

UBA provides N5 billion (U$D 14 million) for COVID-19 relief support across Africa

READ MORE

EDITORIAL

Education: High cost of schooling overseas vs African alternatives

LEARN MORE



COUNTRY IN FOCUS

UBA Sierra Leone launches National Essay Competition

LEARN MORE

How can we help you?

Your Full Name

Email

Phone Number

Select Interest

I accept the terms & conditions

SUBMIT



FOUNDATION

Read Africa Initiative

UBA Foundation is committed to improving the lives of people in the communities in which the bank operates.

LEARN MORE



Do Business With Ease

EXPLORE UBA







Got questions?

Chat with Leo

### UBA Group

About Us
Careers
UBA Foundation
Awards
Business Focus
Press Releases
Sustainable Banking

### Investors

Global Investor & Financial Services
Analyst Reports
Credit Ratings
GDR Programme
Quick Facts

### Quick Links

News
Photo & Video Library
Initiatives
Events
The Brand
Lion King Magazine
Self Service

### Help & Support

Video Banking
Help
Contact Us
Fraud Awareness
FAQ
Select Language

### Connect

Sign Up for Our Newsletter

Email Address | JOIN US

**I agree that UBA Group and its affiliates may use my contact details to send me communications

DOWNLOAD ON THE App Store
GET IT ON Google Play

© 2020 UBA Group. All Rights Reserved.

Site Map Terms & Conditions Privacy Policy UBA

# EXHIBIT 3

AMERICA

UBA America




## Welcome! Let's bank.

This website uses cookies to offer you the most relevant information. By continuing to browse the websit
agreeing to use our site cookies. Read our policy here

ACCEPT

AMERICA

UBA America

France.

INTERNET BANKING

## We are the preferred financial intermediary for business flows between Africa

As the only sub-Saharan African bank with an operating banking license in the U.S., we are be
Development and Capital flows between Africa and North America.

INTERNET BANKING



This website uses cookies to offer you the most relevant information. By continuing to browse the websit
agreeing to use our site cookies. Read our policy here

ACCEPT

AMERICA

UBA America

Our strategic objective is to grow the bank's franchise in the United States while continuing to s
processes and to ensure that business is conducted in a safe and sound manner

INTERNET BANKING

## Explore UBA Group






This website uses cookies to offer you the most relevant information. By continuing to browse the websit
agreeing to use our site cookies. Read our policy here

ACCEPT

AMERICA

UBA America

Investor Information

Learn more

## Contact

1 Rockefeller Plaza (8th Floor) New York, NY 10020

(212) 308-7222

customerexperience@ubaamerica.com

INTERNET BANKING

Terms & Conditions Privacy Policy UBA

© 2020 United Bank for Africa. All Rights Reserved.

This website uses cookies to offer you the most relevant information. By continuing to browse the websit[e] agreeing to use our site cookies. Read our policy here

ACCEPT

# EXHIBIT 4

HOLAREM NIGERIA LIMITED
ACCOUNT STATEMENT (01-Aug-2020 - 17-Sep-2020)

UBA
United Bank for Africa

Hello HOLAREM NIGERIA LIMITED
65, VICTORIA STREET, OJOTA

| | |
|---|---|
| Account No: [redacted] 7199 | Account Type: CURRENT |
| | Currency: USD |
| | [redacted] |
| | Total Credit: 108,462.04 |
| | [redacted] |

| TRANS DATE | VALUE DATE | NARRATION | CHQ. NO | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| [redacted] | | | | | | |
| 04-Sep-2020 | 03-Sep-2020 | INFLO B/O LEGAL SERVICES C/INFTT-20-06810 | | | 108,462.04 | [redacted] |
| 07-Sep-2020 | 07-Sep-2020 | [redacted] | | 7.79 | | 108,593.58 |
| 07-Sep-2020 | 07-Sep-2020 | [redacted] | | 3,000.00 | | 105,593.58 |
| 07-Sep-2020 | 07-Sep-2020 | [redacted] | | 1.62 | | 105,591.96 |
| 07-Sep-2020 | 07-Sep-2020 | [redacted] | | 0.33 | | 105,591.63 |
| 07-Sep-2020 | 07-Sep-2020 | [redacted] | | 100,000.00 | | 5,591.63 |

[redacted]

HOLAREM NIGERIA LIMITED

ACCOUNT STATEMENT (01-Aug-2020 - 17-Sep-2020)

UBA
United Bank for Africa

300xxxxx99-(CURRENT ACCOUNT - CORPORATE) - USD

[redacted]